PROB 12C
(6/16)

Report Date: May 4, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Timothy Ray Allen | Case Number: 0980 2:15CR00077-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: April 28, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: April 20, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 19, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation office in manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence**: Mr. Allen was directed to report to the U.S. Probation office in Richland, Washington, on April 26, and May 2, 2018. He failed to report as directed. |
| 2 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On April 23, 2018, Mr. Allen submitted a urine drug test which tested positive for the use of methamphetamine. On May 1, 2018, Mr. Allen admitted to this officer that he was using methamphetamine. |

Prob12C
**Re: Allen, Timothy Ray**
**May 4, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/04/2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice, Chief U.S. District Judge
Signature of Judicial Officer

May 4, 2018
Date