PROB 12C
(6/16)

Report Date: January 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Ray Allen          Case Number: 0980 2:15CR00077-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: April 28, 2016

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>07/11/2018 | Prison - 4 months<br>TSR - 32 months | |
| Revocation Sentence:<br>12/19/2018 | Prison - 2 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: January 18, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 17, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**Supporting Evidence**: On or about January 21, 2019, Timothy Allen failed to report to the undersigned officer within 72 hours upon his release from custody.

On January 21, 2019, in an attempt to schedule the offender's intake, this officer spoke with the woman Mr. Allen was dating prior to his recent incarceration. She informed this officer that she and the offender were no longer dating, and that although she heard he had been released from prison, she had not seen or spoken with him. She did also advise that Mr. Allen would not be welcome to reside at her residence, as was previously planned.

Prob12C
**Re: Allen, Timothy Ray**
**January 25, 2019**
Page 2

On January 21, 2019, after speaking with Mr. Allen's ex-girlfriend, the undersigned officer contacted his assigned federal defender. The federal defender requested this officer give him the opportunity to locate Mr. Allen.

On January 24, 2019, the undersigned officer again spoke with the federal defender, who confirmed he had attempted to locate the offender, but was unsuccessful.

As of this date, Mr. Allen has still not made any attempt to contact this officer. His whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/25/2019

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

January 28, 2019

Date