PROB 12C
(6/16)

Report Date: February 7, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Ray Allen       Case Number: 0980 2:15CR00077-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: April 28, 2016

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 11, 2018) | Prison - 4 Months;<br>TSR - 32 Months | |
| Revocation Sentence:<br>(December 19, 2018) | Prison - 2 Months;<br>TSR - 30 Months | |
| Revocation Sentence:<br>(February 26, 2019) | Prison - 1 Year and 1 Day;<br>TSR - 18 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 4, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 3, 2021 |

### PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Allen is alleged to have violated standard condition numbers 1 and 13, by failing to report to the U.S. Probation Office in Spokane within 72 hours of his

Prob12C
**Re: Allen, Timothy Ray**
**February 7, 2020**
**Page 2**

release from the Bureau of Prisons, with his release being previously granted on February 4, 2020, at 6:30 a.m., and by failing to report as directed by the undersigned officer prior to 10 a.m. on February 5, 2020.

As the Court may recall, Mr. Allen most recently appeared before the Court on February 26, 2019, for the Court's adjudication of a violation alleging the client's failure to report to the U.S. Probation Office in Spokane within 72 hours following his release from custody. Mr. Allen ultimately pleaded guilty to the conduct and was sentenced by the Court to serve a 1 year and 1 day sentence, followed by an 18-month term of supervised release.

Specifically, and in anticipation of the client's scheduled release from the Bureau of Prisons as set to occur on February 4, 2020, Mr. Allen's assigned case manager was contacted and it was requested the client be directed to report to the undersigned officer at the U.S. Probation Office in Spokane by 10 a.m. on Wednesday, February 5, 2020, to participate in his intake for services. Mr. Allen's case manager later verified he advised the client of this directive in person upon his release from custody and in writing as a part of his release and travel documentation. This document was additionally provided to the undersigned officer. It should be noted, the client's signature block on his release documentation from the Bureau of Prisons reflects as "refused to sign."

Mr. Allen has since failed to report as directed by the undersigned officer, or within 72 hours of release from the Bureau of Prisons, as required. In response, on February 5, 2020, the undersigned officer attempted to conduct a field contact with the client at the Union Gospel Mission men's homeless shelter in Spokane, where he had been designated to reside; however, staff advised they had no record of the client checking in with the facility. On February 7, 2020, the undersigned officer again telephonically contacted both the Union Gospel Mission and The House of Charity homeless shelters in Spokane; however, both facilities again advised they had no record of the client checking in for services as of 10:24 a.m. on the day in question. On February 7, 2020, the record's department for Federal Correctional Institution Sheridan, where the client was most recently incarcerated, was contacted and verified the client's release as previously occurring on February 4, 2020, at 6:30 a.m.

At this time, the undersigned officer remains unaware of the client's current location or any attempt by the client to contact the U.S. Probation Office in Spokane in an effort to fulfil his obligation to the Court.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 7, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Allen, Timothy Ray**
**February 7, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*signature*

Thomas O. Rice
Chief United States District Judge

Signature of Judicial Officer

February 7, 2020 at 4:30 p.m.

Date